**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAMES STYNER,**<br>**Defendant.** | **MAGISTRATE NO. 1:23-mj-00279** |

**GOVERNMENT'S MOTION TO UNSEAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court unseal the docket, arrest warrant, complaint, and related papers in the above captioned case. Mr. Styner was arrested on October 26, 2023, and the reasons for sealing the case have been accomplished and there is no longer a need to keep the case sealed. This matter was originally sealed on or about October 23, 2023.

Date: October 27, 2023

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: *______/s/ Jocelyn Bond______*
Jocelyn Bond
DC Bar #1008904
Assistant United States Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20530
Phone: (202) 809-0793