**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAMES STYNER,**<br>**Defendant.** | **MAGISTRATE NO. 1:23-mj-00279** |

**ORDER TO UNSEAL**

This matter having come before the Court pursuant to the Government's Motion to Unseal, in which the United States contends that there is no longer a need to keep the case sealed, it is therefore

**ORDERED** that the above-captioned case shall be unsealed:

________________________________
Magistrate Judge