**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 23-mj-279** |
| **v.** | : | |
| | : | |
| **JAMES STYNER** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery materials by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW D. GRAVES
UNITED STATES ATTORNEY

By: /s/
Jocelyn Bond
D.C. Bar No. 1008904
601 D Street NW
Washington, DC 20530
202-809-0793
Jocelyn.Bond@usdoj.gov

Dated: November 30, 2023