U.S. Department of Justice
Matthew Graves
Acting United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C. 20530*

December 11, 2023

**VIA USAFX**

Elizabeth Mullin, Esq.
625 Indiana Ave NW
Washington, D.C. 20004
T: (202) 208-7500
elizabeth_mullin@fd.org

Re: Discovery Production Letter No. 1
*United States v. James Styner,* 23-MJ-279-ZMF

Dear Counsel:

I am writing to memorialize that Production 1 of discovery was provided to you via USAfx on December 6, 2023. The following materials were included in Production 1:

**On USAFX:**

Production No. 1:

**FBI Main File 1-40**

- 305G-WF-3820816_0000002.pdf
- 305G-WF-3820816_0000002_1A0000001_0000001.pdf
- 305G-WF-3820816_0000002_1A0000001_0000002.pdf
- 305G-WF-3820816_0000002_1A0000001_0000003.pdf
- 305G-WF-3820816_0000002_1A0000001_0000004.pdf
- 305G-WF-3820816_0000002_1A0000001_0000005.pdf
- 305G-WF-3820816_0000002_1A0000001_0000006.pdf
- 305G-WF-3820816_0000002_1A0000001_0000007.pdf
- 305G-WF-3820816_0000002_1A0000001_0000008.pdf
- 305G-WF-3820816_0000003.pdf
- 305G-WF-3820816_0000004.pdf
- 305G-WF-3820816_0000005.pdf

- 305G-WF-3820816_0000006_1A0000002_0000001_PHYSICAL.pdf
- 305G-WF-3820816_0000006_1A0000003_0000001.pdf
- 305G-WF-3820816_0000006_1A0000003_0000002.pdf
- 305G-WF-3820816_0000007.pdf
- 305G-WF-3820816_0000007_1A0000004_0000001.jfif
- 305G-WF-3820816_0000007_Import.pdf
- 305G-WF-3820816_0000008.pdf
- 305G-WF-3820816_0000009.pdf
- 305G-WF-3820816_0000010.pdf
- 305G-WF-3820816_0000011.pdf
- 305G-WF-3820816_0000012.pdf
- 305G-WF-3820816_0000012_Import.pdf
- 305G-WF-3820816_0000013.pdf
- 305G-WF-3820816_0000013_1A0000005_0000001.pdf
- 305G-WF-3820816_0000014.pdf
- 305G-WF-3820816_0000014_1A0000006_0000001.pdf
- 305G-WF-3820816_0000015.pdf
- 305G-WF-3820816_0000015_Import.pdf
- 305G-WF-3820816_0000016.pdf
- 305G-WF-3820816_0000016_Import.pdf
- 305G-WF-3820816_0000017.pdf
- 305G-WF-3820816_0000017_1A0000007_0000001.msg
- 305G-WF-3820816_0000017_Import.pdf
- 305G-WF-3820816_0000018.pdf
- 305G-WF-3820816_0000019.pdf
- 305G-WF-3820816_0000019_1A0000008_0000001.pdf
- 305G-WF-3820816_0000020.pdf
- 305G-WF-3820816_0000020_1A0000009_0000001.msg
- 305G-WF-3820816_0000020_Import.pdf
- 305G-WF-3820816_0000021.pdf
- 305G-WF-3820816_0000021_1A0000010_0000001.pdf
- 305G-WF-3820816_0000021_1A0000010_0000002.pdf
- 305G-WF-3820816_0000021_1A0000010_0000003.pdf
- 305G-WF-3820816_0000021_1A0000010_0000004.pdf
- 305G-WF-3820816_0000022.pdf
- 305G-WF-3820816_0000022_1A0000011_0000001.jpg
- 305G-WF-3820816_0000022_1A0000011_0000002.PNG
- 305G-WF-3820816_0000023.pdf
- 305G-WF-3820816_0000023_Import.zip
- 305G-WF-3820816_0000024.pdf
- 305G-WF-3820816_0000024_1A0000012_0000001.pdf
- 305G-WF-3820816_0000025.pdf
- 305G-WF-3820816_0000026.pdf
- 305G-WF-3820816_0000026_1A0000013_0000001.pdf
- 305G-WF-3820816_0000026_1A0000013_0000002.pdf
- 305G-WF-3820816_0000027.pdf

- 305G-WF-3820816_0000027_1A0000014_0000001.pdf
- 305G-WF-3820816_0000027_1A0000014_0000002.pdf
- 305G-WF-3820816_0000027_1A0000015_0000001.pdf
- 305G-WF-3820816_0000027_1A0000015_0000002.pdf
- 305G-WF-3820816_0000027_1A0000015_0000003.pdf
- 305G-WF-3820816_0000028.pdf
- 305G-WF-3820816_0000029.pdf
- 305G-WF-3820816_0000029_1A0000016_0000001.pdf
- 305G-WF-3820816_0000030.pdf
- 305G-WF-3820816_0000030_1A0000017_0000001.pdf
- 305G-WF-3820816_0000031.pdf
- 305G-WF-3820816_0000031_Import.pdf
- 305G-WF-3820816_0000032.pdf
- 305G-WF-3820816_0000033.pdf
- 305G-WF-3820816_0000034.pdf
- 305G-WF-3820816_0000035.pdf
- 305G-WF-3820816_0000035_1A0000018_0000001.pdf
- 305G-WF-3820816_0000036.pdf
- 305G-WF-3820816_0000037.pdf
- 305G-WF-3820816_0000037_Import.xlsx
- 305G-WF-3820816_0000038.pdf
- 305G-WF-3820816_0000038_Import.xlsx
- 305G-WF-3820816_0000039.pdf
- 305G-WF-3820816_0000039_Import.pdf
- 305G-WF-3820816_0000040.pdf
- r_305G-WF-3820816_0000001.pdf
- r_305G-WF-3820816_0000003_Import.pdf
- r_305G-WF-3820816_0000004_Import.pdf
- r_305G-WF-3820816_0000005_Import.pdf
- r_305G-WF-3820816_0000006.pdf
- r_305G-WF-3820816_0000040_Import.pdf

**FBI SPB File 1-6**

- 305G-WF-3820816-SBP_0000001.pdf
- 305G-WF-3820816-SBP_0000001_1A0000127_0000001.pdf
- 305G-WF-3820816-SBP_0000001_1A0000127_0000003.pdf
- 305G-WF-3820816-SBP_0000001_1A0000127_0000004.pdf
- 305G-WF-3820816-SBP_0000001_1A0000127_0000005.zip
- 305G-WF-3820816-SBP_0000002.pdf
- 305G-WF-3820816-SBP_0000002_1A0000136_0000002.pdf
- 305G-WF-3820816-SBP_0000002_1A0000136_0000003.zip
- 305G-WF-3820816-SBP_0000002_1A0000136_0000004.pdf
- 305G-WF-3820816-SBP_0000002_1A0000136_0000005.docx
- 305G-WF-3820816-SBP_0000002_1A0000136_0000006.pdf
- 305G-WF-3820816-SBP_0000003.pdf
- 305G-WF-3820816-SBP_0000003_1A0000154_0000002.pdf

- 305G-WF-3820816-SBP_0000003_1A0000154_0000003.pdf
- 305G-WF-3820816-SBP_0000004.pdf
- 305G-WF-3820816-SBP_0000004_1A0000001_0000001.pdf
- 305G-WF-3820816-SBP_0000004_1A0000001_0000002.zip
- 305G-WF-3820816-SBP_0000004_1A0000001_0000003.pdf
- 305G-WF-3820816-SBP_0000004_1A0000001_0000004.zip
- 305G-WF-3820816-SBP_0000004_1A0000001_0000005.pdf
- 305G-WF-3820816-SBP_0000004_1A0000001_0000006.zip
- 305G-WF-3820816-SBP_0000004_1A0000001_0000008.pdf
- 305G-WF-3820816-SBP_0000004_1A0000001_0000009.pdf
- 305G-WF-3820816-SBP_0000004_1A0000001_0000010.pdf
- 305G-WF-3820816-SBP_0000004_1A0000001_0000011.pdf
- 305G-WF-3820816-SBP_0000005.pdf
- 305G-WF-3820816-SBP_0000005_1A0000002_0000002.zip
- 305G-WF-3820816-SBP_0000005_1A0000002_0000003.JPG
- 305G-WF-3820816-SBP_0000005_1A0000002_0000004.pdf
- 305G-WF-3820816-SBP_0000005_1A0000002_0000005.pdf
- 305G-WF-3820816-SBP_0000006.pdf
- 305G-WF-3820816-SBP_0000006_1A0000003_0000002.pdf
- 305G-WF-3820816-SBP_0000006_1A0000003_0000003.zip

**MPD Files**

- 11_Report Packet - 23147011 Case Review 2_ ASA MDT Case Review.pdf
- 12_Report Packet - 23147011 Case Note 18_ Follow Up with C1.pdf
- 13_Report Packet - 23147011 Case Note 20_ Search Warrants submitted to MPD.pdf
- 15_Report Packet - 23147011 Case Note 15_ Charter Communications _ IP.pdf
- 17_Report Packet - 23147011 Case Note 11_ C1 Cell Phone.pdf
- 18_Report Packet - 23147011 Case Note 26_ Discord Warrant Served.pdf
- 19_Report Packet - 23147011 Case Review 3_ SGT Case Review.pdf
- 20_Report Packet - 23147011 Case Review 4_ ASA MDT Case Review.pdf
- 23_Report Packet - 23147011 Case Note 22_ Search Warrants submitted to USAO.pdf
- 24_Report Packet - 23147011 Case Note 1_ YD Worksheet _ CFSA Referral.pdf
- 25_Report Packet - 23147011 Case Note 25_ Instagram Warrant Served.pdf
- 26_Public Packet - 23147011 Offense_Incident_ Sexual Abuse Investigation _ Incident.pdf
- 27_Report Packet - 23147011 Case Note 27_ Case Reassignment.pdf
- 28_Report Packet - 23147011 Case Note 28_ Federal Bureau of Investigation _FBI_.pdf
- 29_Report Packet - 23147011 Case Note 3_ Contact with CFSA.pdf
- 2_Report Packet - 23147011 Case Note 5_ Contact with CFSA _ Forensic Interview Requested.pdf
- 31_Report Packet - 23147011 Case Note 16_ Google.pdf
- 32_Report Packet - 23147011 Case Note 13_ Cell Phone and iPad.pdf
- 33_Report Packet - 23147011 Case Note 17_ Verizon.pdf

- 34_Report Packet - 23147011 Case Note 8_ C1 Forensic Interview.pdf
- 35_Report Packet - 23147011 Case Note 23_ Amazon.pdf
- 3_Report Packet - 23147011 Case Note 10_ Instagram.pdf
- 4_Report Packet - 23147011 Case Note 14_ Discord.pdf
- 5_Report Packet - 23147011 Case Review 1_ SGT Case Review.pdf
- 6_Report Packet - 23147011 Case Note 21_ Additional Instagram Accounts.pdf
- 7_Report Packet - 23147011 Case Note 4_ Prior YFSD Report.pdf
- 8_Report Packet - 23147011 Case Note 24_ Instagram_Discord Warrant Signed.pdf
- 9_Report Packet - 23147011 Case Note 19_ Cosplay Costume.pdf
- r_10_Cover Sheet - 23147011 Offense_Incident_ Sexual Abuse Investigation _ Incident.pdf
- r_14_Report Packet - 23147011 Case Note 7_ Contact with C1_s Mother.pdf
- r_16_Report Packet - 23147011 Case Note 2_ ICR.pdf
- r_1_Case Jacket - Case _ 23147011.pdf
- r_21_Report Packet - 23147011 Offense_Incident_ Sexual Abuse Investigation _ Incident.pdf
- r_22_Report Packet - 23147011 Case Note 6_ Contact with RP1 _9.11.23_.pdf
- r_30_Report Packet - 23147011 Case Note 9_ Follow Up with C1_s Mother.pdf
- r_36_Report Packet - 23147011 Case Note 12_ Evidence Recovery.pdf

I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

Furthermore, the government is in possession of images and videos depicting the sexual abuse of children that were found on digital devices belonging to your client. Pursuant to 18 U.S.C. Section 3509, these materials must remain in the custody and control of the United States. If you would like to review these materials, please contact my office to arrange a mutually agreeable time to do so.

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Jocelyn Bond*

Jocelyn Bond
Assistant United States Attorney
Phone: (202) 252-2571
Email: Jocelyn.Bond@usdoj.gov