UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 23-mj-00279 |
| | : |
| JAMES STYNER, | : |
| | : |
| Defendant. | : |

**JOINT MOTION TO CONTINUE PRELIMINARY HEARING**

The United States of America, by and through its attorney, and counsel for the defendant, James Styner, jointly file this motion to continue the preliminary hearing in this case, which is currently scheduled for January 3, 2024, at 2:00 p.m. The parties are requesting that the preliminary hearing be continued to either February 14, 2024, or February 16, 2024, and that time be excluded under the Speedy Trial Act until the next date. In support of this motion, the parties state as follows:

1. On October 24, 2023, defendant James Styner was arrested in the state of California based upon an arrest warrant from Washington D.C. charging him with one count of Sexual Exploitation of a Child, in violation of 18 U.S.C. § 2251(a), (e), one count of Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2242(b), and one count of Transfer of Obscene Material to a minor, in violation of 18 U.S.C. § 1470.

2. After initially being ordered released by a magistrate judge in California, on October 31, 2023, Chief Judge James Boasberg ordered that the defendant be held without bond pending trial.

3. On November 14, 2023, defendant Styner was brought to the District of Columbia for an initial appearance. At that hearing, the defendant agreed to exclude time under the Speedy Trial Act and to schedule a preliminary hearing for January 3, 2023.

4. To date, the United States has provided the defendant with a plea offer and initial discovery and has also invited defense counsel to view certain discovery materials which, by law, must be maintained in a law enforcement facility. The parties are working diligently to determine whether this case can be resolved short of trial and ask that the court continue the preliminary hearing to allow time for both a fulsome review of discovery – which involves a significant amount of digital evidence – as well as time for the defendant to make an informed decision on the plea offer.

5. The parties have conferred and propose February 14, 2024, and February 16, 2024, as viable dates to continue the preliminary hearing. The parties also ask that the court exclude time under the Speedy Trial Act between January 3, 2024, and the next date.

Wherefore, the parties respectfully request that the court continue the preliminary hearing this case and exclude time until the next hearing date.

    Respectfully submitted,

    MATTHEW D. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

By:   /s/
    JOCELYN BOND
    Assistant United States Attorney
    DC Bar No. 1008904
    U.S. Attorney's Office
    601 D Street, N.W.
    Washington, D.C. 20530
    202-809-0793
    Jocelyn.Bond@usdoj.gov