**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 23-mj-00279** |
| | : | |
| **JAMES STYNER,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter having come before the Court pursuant to Joint Motion to Continue Preliminary Hearing, for good cause shown it is therefore

**ORDERED** that the Preliminary Hearing in this case is continued from January 3, 2023, to ______________________ and time is excluded under the Speedy Trial Act between now and the next hearing date.

______________________________________
Magistrate Judge